DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARRIE THOMPSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-308

[May 13, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McHugh, Judge; L.T. Case Nos. 15-8330 MM10A and 16-42 AC10A.

Howard Finkelstein, Public Defender, and Lisa S. Lawlor, Assistant Public Defender, Fort Lauderdale, for appellant.

Michael J. Satz, State Attorney, and Nicole Bloom, Assistant State Attorney, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***